UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION

| | |
|---|---|
| LONNIE TOFSRUD,<br><br>               Plaintiffs,<br><br>v.<br><br>CITY OF SPOKANE, a municipal corporation; CRAIG MEIDL, in his personal and official capacity; JUSTIN LUNDGREN, in his person and official capacity; and DAVE STABEN, in his personal and official capacity,<br><br>               Defendants. | No. 2:19-cv-00371-RMP<br><br>NOTICE OF APPEARANCE |

TO: All parties, their attorneys of record; and

TO: The Clerk of the Court:

PLEASE TAKE NOTICE that attorney Jeffry K. Finer from the law offices of KSB Litigation, P.S., with offices located at 510 West Riverside Avenue, Third Floor, and whose telephone number is 509 624-8988, has associated with attorney Daniel E. Thenell, WSBA No. 37297 from the law offices of the Thenell Law Group as attorneys for Plaintiff Lonnie Tofsrud.

DATED this 27th day of March, 2020.

KSB LITIGATION, P.S.


By _____
   Jeffry K. Finer, WSBA #14610
   Lonnie Tofsrud

# CERTIFICATE OF SERVICE

I hereby certify that on this ____27th__ day of March, 2020, I caused to be served a true and correct copy of the foregoing **NOTICE OF ASSOCIATION/ APPEARANCE** by the method indicated below and addressed as follows:

| | | |
|---|---|---|
| Thomas W. McLane, WSBA #1226 | _____ | U.S. MAIL |
| | _____ | OVERNIGHT MAIL |
| | _____ | DELIVERED |
| | _____ | FACSIMILE |
| | _____ | E-MAIL |
| | ___X___ | ECF SYSTEM |
| | | |
| Daniel E. Thenell, WSBA #37297 | _____ | U.S. MAIL |
| | _____ | OVERNIGHT MAIL |
| | _____ | DELIVERED |
| | _____ | FACSIMILE |
| | _____ | E-MAIL |
| | ___X___ | ECF SYSTEM |

Dated this 27th day of March, 2020.

<u>s/ Jeffry K. Finer WSBA 14610</u>