AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 02, 2021**

SEAN F. McAVOY, CLERK

LONNIE TOFSRUD, an individual,

*Plaintiff*

v.

SPOKANE POLICE DEPARTMENT, a political division of City of Spokane; CRAIG MEIDL, in his personal and official capacity; JUSTIN LUNDGREN, in his personal and official capacity; and DAVE STABEN, in his personal and official capacity,

*Defendant*

Civil Action No. 2:19-CV-371-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Motion for Summary Judgment, ECF No. 32, is GRANTED. Plaintiff's claims against Defendants are DISMISSED WITH PREJUDICE. Judgment is entered for the Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for summary judgment.

Date: June 2, 2021

CLERK OF COURT

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza